■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. REID ALAN HOROVITZ, Admitted on July 21, 1991, at a Term of the Appellate Division, First Department. NIR SAMSON MULLER, Admitted on April 23, 1990, at a Term of the Appellate Division, First Department. [708 NYS2d 279] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 240 AD2d 106, 247 AD2d 158.]